UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

Case No. 11-CR-20401

HON. GEORGE CARAM STEEH

D-3 JOSE SAMANIEGO,

    Defendant(s).
_____/

## ORDER GRANTING MOTION TO WITHDRAW [#13] AND SETTING STATUS CONFERENCE HEARING

A motion having been filed by appointed counsel, David Tholen of the Federal Defender Office, to withdraw as attorney for defendant and after holding a hearing on January 18, 2012, with the defendant's concurrence, now therefore

IT IS ORDERED that David Tholen's Motion to Withdraw is HEREBY GRANTED and defendant's request for substitute counsel is GRANTED. The Federal Defender Office shall locate a panel attorney to represent the defendant.

A status conference/hearing is hereby scheduled for **March 19, 2012 at 10:30 AM.**

Dated: January 18, 2012

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and the Federal Defender Office on January 18, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk